IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILES PENTICOFF**<br>**6961 Aldren Road**<br>**Rapid City, SD 57702** | :<br><br>: |
| *Plaintiff*, | : |
| v. | :     **Civil Action No.:** _____<br><br>: |
| **UNITED STATES OF AMERICA** | : |
| **SERVE:**   **Matthew M. Graves, Esquire**<br>          **United States Attorney for the**<br>          **District of Columbia**<br>          **United States Attorney's Office**<br>          **601 D Street, N.W.**<br>          **Washington, D.C. 20579** | :<br><br>:<br><br>:<br><br>: |
| **and** | : |
| **Merrick Garland, Esquire**<br>**Attorney General of the United**<br>**States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, D.C. 20530** | <br>:<br><br>:<br><br>: |
| **and** | : |
| **United States Department of**<br>**the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | :<br><br>:<br><br>: |
| *Defendant.* | |

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

## COMPLAINT

Plaintiff Miles Penticoff bring this tort action for damages against Defendant United States of America. Plaintiff alleges, upon personal knowledge, and information and belief, as follows:

1

## JURISDICTION, VENUE, AND PARTIES

1. This Court has jurisdiction over Defendant United States of America ("Defendant") under the Federal Tort Claims Act, 28 U.S.C. §§ 2671, *et seq.*, and 28 U.S.C. § 1346(b).

2. Venue is proper under 28 U.S.C. § 1402(b) because the action arose in the District of Columbia.

3. Plaintiff Miles Penticoff ("Plaintiff") is an adult citizen of the United States and a resident of the District of Columbia.

4. The United States Department of the Interior is an executive department of the United States federal government. The National Park Service is a bureau of the United States Department of the Interior, and maintains and repairs sidewalks within the National Mall and Memorial Parks.

5. Plaintiff submitted a federal tort claim to the National Park Service on March 12, 2024, as required under 28 U.S.C. §§ 2401(b), 2675(a). The United States Department of the Interior sent by certified mail to Plaintiff a written denial of Plaintiff's claim on November 18, 2024. Thus, Plaintiff has complied with the requirements of the Federal Tort Claims Act and may properly commence this action under 28 U.S.C.§ 2675(a).

## FACTS

6. Plaintiff incorporates all other paragraphs of the Complaint as if fully alleged herein.

7. On May 8, 2023, at approximately 4:50 p.m., Plaintiff was operating an electric scooter on the western sidewalk parallel to 15th Street, S.W., in Washington, D.C.,

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

when suddenly and without warning, a defective portion of the sidewalk caused Plaintiff to crash the scooter and fall to the ground.

8. The defective portion of the sidewalk appears to be a poorly repaired gap where the sidewalk lifted and separated, causing a dangerous drop.

9. As a direct result of falling on the defective and uneven section of the sidewalk, Plaintiff sustained serious and permanent injuries, including, but not limited to, a shattered right clavicle.

10. Upon information and belief, the sidewalk is located within the National Mall and Memorial Parks.

11. Defendant, through the National Park Service, maintains and repairs sidewalks within the National Mall and Memorial Parks.

12. At all times relevant hereto, Defendant had actual and/or constructive knowledge of the creation and existence of the hazardous and dangerous condition of the aforementioned sidewalk on which Plaintiff fell.

13. At all times relevant hereto, Plaintiff was acting free of any and all contributory negligence.

## COUNT I
(Negligence)

14. Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein.

15. Defendant owed Plaintiff a duty to maintain, repair, and keep the sidewalks within the National Mall and Memorial Parks safe and in good order.

16. Defendant breached that duty owed to Plaintiff by:

    (a) negligently creating a dangerous condition;

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

3

(b) negligently failing to warn of the dangerous condition which Defendant created, or knew or should have known of;

(c) failing to correct the known hazardous condition;

(d) failing to notify any entity of the known hazardous condition;

(e) failing to repair the sidewalk to make it safe for use;

(f) failing to conduct reasonable inspection of the hazardous condition;

(g) failing to identify the hazardous condition; and

(h) otherwise failing to exercise reasonable care under the circumstances.

17. As a direct and proximate cause of Defendant's foregoing breaches of duty, Plaintiff has suffered and will continue to suffer serious and permanent injuries, emotional distress, permanent disability, tremendous pain and suffering, loss of enjoyment of life, medical expenses, lost wages, loss of wage-earning capacity, and other monetary damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendant United States of America, in the full and just amount of One Million Dollars ($1,000,000.00), plus costs and interest.

Respectfully submitted,

KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP

By: _____
Justin M. Beall   #502394
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

(202) 659-5500
Jbeall@koonz.com
*Attorney for Plaintiff*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410